# UNITED STATES DISTRICT COURT

for the

District of Alaska

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>ELECTRONICS SEIZED FROM LORVIN UDDIPA ON<br>MAY 5, 2021 | )<br>)<br>)          Case No.  1:21-mj-00065-MMS<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Alaska _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attahcment B

**YOU ARE COMMANDED** to execute this warrant on or before ___August 18, 2021___ *(not to exceed 14 days)*

❒ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ .

*(United States Magistrate Judge)*

❒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

❒ for _____ days *(not to exceed 30)*   ❒ until, the facts justifying, the later specific date of _____ .

Date and time issued:     ___August 4, 2021/1330 hours___

City and state:     ___Anchorage, Alaska___                    **Matthew M. Scoble, United States Magistrate Judge**

*Judge's Signature*

*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>1:21-mj-00065-MMS | Date and time warrant executed:<br>8/10/2021 at  12:04 pm | Copy of warrant and inventory left with:<br>Left with item 1B108 |

Inventory made in the presence of :

SA Frank D Reid, Jr

Inventory of the property taken and name(s) of any person(s) seized:


(1) Extraction made of item 1B108
(2) Cellebrite report created of item 1B108 containing items authorized in Appendix B.
Nothing Follows

---

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date:  10/4/2021

_Executing officer's signature_

Matthew B Judy, FBI Special Agent
_Printed name and title_

Subscribed to electronically, sworn to telephonically, and
returned electronically, before me this date.

Digitally signed by
Matthew Scoble
Date: 2021.10.20
13:01:15 -08'00'

MATTHEW M. SCOBLE
U.S. Magistrate Judge

Date


Attachment A
PROPERTY TO BE SEARCHED

1.      This warrant authorizes the forensic examination of the following listed item, hereinafter referred to as the SUBJECT DEVICE for the purpose of identifying the electronically stored information described in Attachment B.

2.      This affidavit is made in support of an application for a warrant to search a White Apple iPhone seized from Lorvin Uddipa on May 5, 2021, which is stored in FBI evidence as item 1B108 of case number 281C-AN-3274362.   This item is hereinafter referred to as the SUBJECT DEVICE.   The SUBJECT DEVICE is currently in the custody of the FBI and stored at the FBI's Anchorage headquarters office (ANHQ) of the Anchorage Division. 101 East 6th Avenue, Anchorage, Alaska.


Attachment B

<u>ITEMS TO BE SEIZED</u>

1.    All items, records, and information that are evidence, fruits, or instrumentalities

for violations of Title 21 U.S.C. Section(s) 841, 843(b), and 846 to include:

a.    All records, receipts, communications, and other items related to the

possession and distribution of illegal drugs, to include methamphetamine

and heroin;

b.    All records, receipts, communications, and other items evidencing the

obtainment, secreting, transfer, concealment or expenditure of proceeds

acquired through trafficking in controlled substances, including all items

evidencing the expenditure of drug related proceeds, namely; receipts,

purchase agreements, vehicle titles, warranty applications, homeowners'

or renters insurance applications and claims, photographs and/or video

recordings of luxury items, jewelry, and expensive vacations;

c.    Account statements, account summaries, credit card statements, banking

deposit slips, images of handwritten notes containing account information,

account holder and/or amount deposited, money market accounts, and

overseas banking information to include routing codes, deposit receipts,

canceled checks, loan agreements, and loan applications;

d.    Records related to commercial storage lockers;

e.    Wire transfer documents, receipts, and images of handwritten notes

containing wire service tracking numbers, amounts sent, and intended pay-

out locations;

f. All records, receipts, communications, and other items related to travel including flight itineraries, airline tickets, airline ticket receipts, airline luggage tags, images of handwritten notes containing airline confirmation codes, frequent flyer mileage plan information and summaries, images of business cards from other areas, hotel receipts and car rental agreements and receipts;

g. Items tending to establish the identity of the persons in control, including all records, receipts, and other items evidencing who controlled the property identified in Attachment A;

h. Items tending to establish and document sales of controlled substance and/or other controlled substances, or conspiracy to manufacture, distribute, and/or possess with the intent to distribute controlled substances and/or controlled substances, namely; buyer lists, seller lists, ledgers, tally sheets, pay and owe sheets, price lists, notes and diaries;

i. Items tending to establish the identity of co-conspirators, namely; address books, records and documents bearing notations of names, aliases and associated telephone numbers, photographs and videotapes;

j. Photographs, video or audio recordings of the aforementioned individuals and other drug associates, controlled substances, firearms, or assets obtained from the proceeds acquired through trafficking in controlled substances; and

k. All records, receipts, communications, and other items which may identify additional communication accounts utilized by the TARGET SUBJECTS


and other co-conspirators, to include Facebook, Snap-Chat, WhatsApp, Signal, and telephonic accounts.

2.      As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

3.      This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant.   The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts.   Pursuant to this warrant, the FBI may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.